No. 603, Misc.   VAN BOGART *v.* ARIZONA.   Supreme Court of Arizona.   Certiorari denied.

No. 628, Misc.   SAUER *v.* CALIFORNIA.   District Court of Appeal of California, Third Appellate District.   Certiorari denied.

No. 632, Misc.   GRIGG *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.   *Cyril S. Lawrence* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 633, Misc.   SMITH *v.* UNITED STATES VETERANS' ADMINISTRATION.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. Petitioner *pro se.*   *Solicitor General Rankin* for the United States.

No. 634, Misc.   COLE *v.* RANDOLPH, WARDEN.   Circuit Court of Randolph County, Illinois.   Certiorari denied.

No. 635, Misc.   LEGG *v.* MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION ET AL.   District Court of Appeal of California, Second Appellate District.   Certiorari denied.

No. 651, Misc.   CASH *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin* for the United States.